UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEROME J. BROWN, SR.,            )
                                 )
        Plaintiff,                )
                                 )
v.                               )   Civil Action No. 08 0013
                                 )
PRESIDENT GEORGE BUSH, *et al.*, )
                                 )
        Defendants.               )

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks to obtain. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

The court is mindful that complaints filed by *pro se* litigants are held to less stringent standards than formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Having reviewed plaintiff's complaint and attachments, the court cannot discern which claims are made against which defendants on what basis. Nor can the court determine the relief plaintiff demands.

As drafted, the complaint does not comply with Rule 8(a) and therefore it must be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

/s/ Ellen S. Huvelle
United States District Judge

Date: