**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED
JAN 0 ...
NANCY MAYER ...
U S DIS...

| | |
|---|---|
| JEROME J. BROWN, SR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 08 0013 |
| PRESIDENT GEORGE BUSH, *et al.*, | ) |
| Defendants. | ) |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, is hereby

ORDERED that the plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED the complaint is DISMISSED without prejudice.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

Date: 11/21/07